Robert Tauler (SBN 241964)
rtauler@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff*
*Travis Rounds*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS ROUNDS, individually and on behalf of all other similarly situated, | Case No. 2:24-cv-04189-WLH-SK |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| LIFE LINE SCREENING OF AMERICA, LTD., an Ohio company; DOES 1 through 25, inclusive | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 40-2, Plaintiff Travis Rounds ("Plaintiff") hereby notifies this Honorable Court that the parties have reached an agreement in principle to settle this case. The parties' settlement provides for this case to be dismissed (i) with prejudice as to Plaintiff's individual claims, and (ii) without prejudice as to the class allegations. *See* Judge Virginia A. Phillips, et al., Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial Ch. 10-C ¶ 10:790 (2022 ed.) ("Cases filed as purported class actions often settle without having been certified as such. The settlement agreement may provide only for the named plaintiffs' individual claims and require the class action allegations to be dismissed without prejudice. There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (emphasis in original) (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

The parties, through counsel, are working cooperatively to consummate a long-form settlement agreement. The parties anticipate filing a stipulation for dismissal within 30 days.

DATED: June 19, 2024                    TAULER SMITH LLP

                                        By:   */s/ Robert Tauler*
                                              Robert Tauler, Esq.
                                              Wendy Miele, Esq.
                                              *Attorneys for Plaintiff Travis Rounds*

## **CERTIFICATE OF SERVICE**

I hereby certified that I served the foregoing document on all parties of record by CM/ECF .

DATED: June 19, 2024

TAULER SMITH LLP

By: */s/ Robert Tauler*
Robert Tauler, Esq.
Wendy Miele, Esq.
*Attorneys for Plaintiff Travis Rounds*