Robert Tauler (SBN 241964)
rtauler@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff*
*Travis Rounds*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS ROUNDS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>vs.<br><br>LIFE LINE SCREENING OF AMERICA, LTD., an Ohio company; DOES 1 through 25, inclusive<br><br>Defendants. | Case No. 2:24-cv-04189-WLH-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

| | |
|---|---|
| 1 | **NOTICE OF VOLUNTARY DISMISSAL** |
| 2 | Plaintiff Travis Rounds, acting through counsel, and pursuant to Federal Rule of |
| 3 | Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice as to his |
| 4 | individual claims, and without prejudice to the class claims. See Fed. R. Civ. P. |
| 5 | 41(a)(1)(A)(i). |
| 6 | In addition, there has been no motion for class certification filed in this action, thus |
| 7 | no class has been certified, and it is not necessary to provide notice to the absent putative |
| 8 | class members. See Judge Virginia A. Phillips, et al., Federal Civil Procedure Before |
| 9 | Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no |
| 10 | requirement of judicial approval for precertification dispositions. The reason is that absent |
| 11 | class members generally have no notice of uncertified class actions and therefore cannot |
| 12 | be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 |
| 13 | Amendments to Fed. R. Civ. P. 23). |
| 14 | |
| 15 | DATED: August 8, 2024     TAULER SMITH LLP |
| 16 | By:   /s/ Robert Tauler |
| 17 | Robert Tauler, Esq.<br>Wendy Miele, Esq. |
| 18 | *Attorneys for Plaintiff Travis Rounds* |

# CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record by CM/ECF .

DATED: August 8, 2024                    TAULER SMITH LLP

                                   By:   /s/ Robert Tauler
                                         Robert Tauler, Esq.
                                         Wendy Miele, Esq.
                                         *Attorneys for Plaintiff Travis Rounds*